IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00070-CR-W-HFS |
| | ) | |
| DONALD I. FRENCH | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On June 2, 2020, defendant executed a Consent to Entry of Felony Plea Before Magistrate Lajuana M. Counts (Doc. 12), and a hearing was held formally memorializing defendant's guilty plea. Judge Counts determined that the guilty plea to Count One of the Indictment charging defendant with a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) - that is, being a felon in possession of a firearm – was knowledgeable and voluntary and that the offense was supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 13) and ACCEPT defendant's guilty

plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

SO ORDERED.

                                            s/ HOWARD F. SACHS
                                            **HOWARD F. SACHS**
                                            UNITED STATES DISTRICT JUDGE

June 25, 2020

Kansas City, Missouri